## STATE OF CONNECTICUT *v.* KAREN PETROSKY
### (AC 22256)

Lavery, C. J., and Foti and Peters, Js.

Argued March 25—officially released April 15, 2003

Per Curiam. The judgment is affirmed.